NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

RIGRODSKY LAW, P.A.
Gina M. Serra (#361172)
1091 North Palm Canyon Drive, Suite 9
Palm Springs, CA 92262
Telephone: (760) 406-8009
Email: gms@rl-legal.com

ATTORNEY(S) FOR: Plaintiff Bryce Kelly

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bryce Kelly, Derivatively on Behalf of Nominal Defendant Sable Offshore Corp., <br><br> Plaintiff(s), <br><br> v. <br><br> James C. Flores, Gregory D. Patrinely, Christopher Sarofim, Michael Dillard, Gregory Pipkin, J.P. Morgan Securities LLC, et al. <br><br> Defendant(s) | CASE NUMBER: <br><br> 2:25-cv-07848-DSF-SK <br><br><br> **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** <br> **(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for **Plaintiff Bryce Kelly** or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Bryce Kelly | Plaintiff |
| James C. Flores | Defendant |
| Gregory D. Patrinely | Defendant |
| Christopher Sarofim | Defendant |
| Michael Dillard | Defendant |
| Gregory Pipkin | Defendant |
| J.P. Morgan Securities LLC | Defendant |
| Jeffries LLC | Defendant |
| TD Securities (USA) LLC | Defendant |
| The Benchmark Company, LLC | Defendant |
| Johnson Rice & Company, L.L.C. | Defendant |
| PEP Advisory LLC | Defendant |
| Roth Capital Partners, LLC | Defendant |

| | |
|---|---|
| August 22, 2025 | /s/ Gina M. Serra |
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Gina M. Serra

| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| RIGRODSKY LAW, P.A.<br>Gina M. Serra (#361172)<br>1091 North Palm Canyon Drive, Suite 9<br>Palm Springs, CA 92262<br>Telephone: (760) 406-8009<br>Email: gms@rl-legal.com | |
| ATTORNEY(S) FOR: Plaintiff Bryce Kelly | |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Bryce Kelly, Derivatively on Behalf of Nominal Defendant Sable Offshore Corp., <br><br>Plaintiff(s),<br><br>v.<br><br>James C. Flores, Gregory D. Patrinely, Christopher Sarofim, Michael Dillard, Gregory Pipkin, J.P. Morgan Securities LLC, et al.,<br><br>Defendant(s) | CASE NUMBER:<br><br>2:25-cv-07848-DSF-SK<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Plaintiff Bryce Kelly or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Tuohy Brothers Investment Research, Inc. | Defendant |
| Sable Offshore Corp. | Nominal Defendant |

| | |
|---|---|
| August 22, 2025<br>Date | /s/ Gina M. Serra<br>Signature |

Attorney of record for (or name of party appearing in pro per):

Gina M. Serra