AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| BRYCE KELLY, Derivatively on Behalf of Nominal Defendant SABLE OFFSHORE CORP.<br><br>*Plaintiff(s)*<br>v.<br>JAMES C. FLORES, see attached.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 2:25-cv-07848-WLH-SK |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   Sable Offshore Corp.,
845 Texas Avenue, Suite 2920,
Houston, Texas 77002

See attached.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Gina M. Serra (#361172)
RIGRODSKY LAW, P.A.
1091 N. Palm Canyon Drive, Suite 9
Palm Springs, CA 92262
Telephone: (760) 406-8009; Facsimile: (302) 654-7530
gms@rl-legal.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  8/26/2025                                                                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:25-cv-07848-WLH-SK

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**RIGRODSKY LAW, P.A.**
Gina M. Serra (#361172)
1091 North Palm Canyon Drive, Suite 9
Palm Springs, CA 92262
Telephone: (760) 406-8009
Email: gms@rl-legal.com

*Attorneys for Plaintiff*

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRYCE KELLY, Derivatively on Behalf of Nominal Defendant SABLE OFFSHORE CORP., <br><br> Plaintiff, <br><br> v. <br><br> JAMES C. FLORES, GREGORY D. PATRINELY, CHRISTOPHER SAROFIM, MICHAEL DILLARD, GREGORY PIPKIN, J.P. MORGAN SECURITIES LLC, JEFFERIES LLC, TD SECURITIES (USA) LLC, THE BENCHMARK COMPANY, LLC, JOHNSON RICE & COMPANY, L.L.C., PEP ADVISORY LLC, ROTH CAPITAL PARTNERS, LLC, and TUOHY BROTHERS INVESTMENT RESEARCH, INC., <br><br> Defendants, <br><br> and <br><br> SABLE OFFSHORE CORP., <br><br> Nominal Defendant. | Case No. _____ <br><br> **VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT** <br><br> **DEMAND FOR JURY TRIAL** |

<u>**VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT**</u>

VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT

| Defendant(s) | Address |
| --- | --- |
| James C. Flores, Gregory D. Patrinely, Christopher Sarofim, Michael Dillard, Gregory Pipkin | 845 Texas Avenue, Suite 2920, Houston, Texas 77002 |
| J.P. Morgan Securities LLC | 383 Madison Avenue, New York, New York 10179 |
| Jefferies LLC | 520 Madison Avenue, New York, New York 10022 |
| TD Securities (USA) LLC | One Vanderbilt Avenue, New York, New York 10017 |
| The Benchmark Company, LLC | 150 East 58th Street, 17th Floor, New York, New York 10155 |
| Johnson Rice & Company, L.L.C. | 639 Loyola Avenue, Suite 2775, New Orleans, Louisiana 70113-7105 |
| PEP Advisory LLC | 100 Waugh Drive, Suite 600, Houston, Texas 77007 |
| Roth Capital Partners, LLC | 888 San Clemente, Suite 400, Newport Beach, California 92660 |
| Tuohy Brothers Investment Research, Inc. | 641 Lexington Avenue, 15 Flr., New York, New York 10022 |