LATHAM & WATKINS LLP
Colleen C. Smith (SBN 231216)
  colleen.smith@lw.com
12670 High Bluff Drive
San Diego, CA 92130
Telephone: (858) 523-5400

Kristin N. Murphy (SBN 268285)
  kristin.murphy@lw.com
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Telephone: (714) 540-1235

*Counsel for Defendants James C. Flores, Gregory D. Patrinely, Christopher Sarofim, Michael Dillard, and Gregory Pipkin*

Additional Counsel on Signature Page

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYCE KELLY, Derivatively on Behalf of Nominal Defendant SABLE OFFSHORE CORP., <br><br>Plaintiff, <br><br>v. <br><br>JAMES C. FLORES, GREGORY D. PATRINELY, CHRISTOPHER SAROFIM, MICHAEL DILLARD, GREGORY PIPKIN, J.P. MORGAN SECURITIES LLC, JEFFERIES LLC, TD SECURITIES (USA) LLC, THE BENCHMARK COMPANY, LLC, JOHNSON RICE & COMPANY, L.L.C., PEP ADVISORY LLC, ROTH CAPITAL PARTNERS, LLC, and TUOHY BROTHERS INVESTMENT RESEARCH, INC., <br><br>Defendants, <br><br>and <br><br>SABLE OFFSHORE CORP., Nominal Defendant. | Case No. 2:25-cv-07848-SVW (PVCx) <br><br>**STIPULATION STAYING CASE** <br><br>Hon. Stephen V. Wilson |

Defendants James C. Flores, Gregory D. Patrinely, Christopher Sarofim, Michael Dillard, and Gregory Pipkin (the "Individual Defendants"), J.P. Morgan Securities LLC, Jefferies LLC, TD Securities (USA) LLC, The Benchmark Company, LLC, Johnson Rice & Company, L.L.C., Pep Advisory LLC, Roth Capital Partners, LLC, and Tuohy Brothers Investment Research, Inc. (the "Underwriter Defendants"), and Nominal Defendant Sable Offshore Corp. ("Sable" or the "Company," and collectively with the Individual Defendants and Underwriter Defendants, "Defendants") and Plaintiff Bryce Kelly ("Plaintiff," and together with Defendants, the "Parties") by and through their undersigned counsel, hereby stipulate and agree as follows, and request that the Court enter an Order approving this Stipulation.

WHEREAS, on August 21, 2025, Plaintiff filed a Verified Shareholder Derivative Complaint (Dkt. 1, the "Complaint"), in the above-captioned action ("Action"), which asserts claims for breach of fiduciary duty, aiding and abetting breach of fiduciary duty, unjust enrichment, waste of corporate assets, and for contribution under the federal securities laws;

WHEREAS, the facts and circumstances in this Action are substantially similar to those in a securities class action lawsuit pending in the United States District Court for the Central District of California captioned *Johnson v. Sable Offshore Corp., et al.*, Case No. 2:25-cv-06869-SVW-PVC (C.D. Cal.) (filed July 28, 2025) (the "Securities Class Action");

WHEREAS, on October 27, 2025, the Court appointed a lead plaintiff in the Securities Class Action;

WHEREAS, the Court-appointed lead plaintiff filed an amended complaint in the Securities Class Action on November 10, 2025;

WHEREAS, on November 24, 2025, the remaining defendants in the Securities Class Action filed a motion to dismiss the amended complaint;

**WHEREAS**, the Parties agree that there is significant overlap between the Action and the Securities Class Action, and that the proceedings in the Securities Class Action may help inform the manner in which the Action proceeds;

**WHEREAS**, in an effort to proceed in the most efficient manner and to avoid wasting the time and resources of the Court, the Parties agree that the Action should be temporarily stayed pursuant to the terms set forth below;

**WHEREAS**, undersigned counsel for the Individual Defendants and Nominal Defendant hereby accept service of the summons and Complaint on behalf of the Individual Defendants and Nominal Defendant, without waiver of any defenses, objections or arguments, except as to sufficiency of service of process;

**WHEREAS**, undersigned counsel for the Underwriter Defendants hereby accept service of the summons and Complaint on behalf of the Underwriter Defendants without waiver of any defenses, objections or arguments, except as to sufficiency of service of process;

**WHEREAS**, this Stipulation is without prejudice to, or waiver of, any rights, arguments, or defenses otherwise available to the Parties;

**IT IS STIPULATED AND AGREED THAT:**

1. By entering into this stipulation, Defendants accept service of process in this action without waiver of any defenses, objections or arguments (including, but not limited to, those relating to the forum, venue, or jurisdiction, and any defenses under Federal Rules of Civil Procedure 12(b) and 23.1), except as to sufficiency of service of process.

2. The Action (including all discovery, deadlines, and conferences) is hereby stayed until the earlier of: when (1) any and all motion(s) to dismiss the Securities Class Action have been finally and fully resolved, including that any appeals have been concluded or the time for seeking appellate review has passed with no further action from the parties to the

Securities Class Action; or (2) the stay is terminated by any Party pursuant to paragraph 3 herein.

3. Notwithstanding the above, any of the Parties to the Action may request that the Court lift the voluntary stay upon good cause shown by giving the other Parties at least ten (10) business days' written notice that they believe such good cause exists and thereafter bringing the matter to the Court's attention and requesting that the stay of the Action be lifted. If contested, the Parties shall work together to propose a briefing schedule on the question of whether good cause exists to lift the stay. The Parties have the option to terminate this stay if: (a) any related derivative action is not stayed for the same or longer duration and under similar terms; or (b) the court overseeing the Securities Class Action approves a settlement of that action by giving twenty-one (21) days notice in writing via email to the undersigned counsel for the Parties.

4. If the stipulated stay of proceedings is lifted or terminated, the Parties shall meet and confer within fourteen (14) business days to submit a proposed scheduling order governing any further proceedings in the Action. including the date by which Defendants must answer or otherwise plead.

5. Notwithstanding the agreed-upon stay of this Action, Plaintiff may amend the Complaint once during the stay, but Defendants shall have no obligation to move, answer, plead, or otherwise respond to the Complaint or any amended complaint during the stay.

6. This Stipulation is without prejudice to any and all defenses Defendants may assert in the Action, including but not limited to any jurisdictional, forum, or venue challenges and any defenses under Federal Rules of Civil Procedure 12(b) and 23.1, and without prejudice to any and all claims Plaintiff may assert in the Action.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: December 5, 2025 | Respectfully submitted, |
| 3 | | **LATHAM & WATKINS LLP** |
| 4 | | By: */s/ Kristin N. Murphy* |
| 5 | | Kristin N. Murphy (SBN 268285) 650 Town Center Drive, 20th Floor |
| 6 | | Costa Mesa, CA 92626 Telephone: +1.714.540.1235 |
| 7 | | Email: kristin.murphy@lw.com |
| 8 | | Colleen C. Smith (SBN 231216) |
| 9 | | 12670 High Bluff Drive San Diego, CA 92130 |
| 10 | | Telephone: (858) 523-5400 Email: colleen.smith@lw.com |
| 11 | | |
| 12 | | *Counsel for Defendants Sable Offshore Corp., James C.* |
| 13 | | *Flores, Gregory D. Patrinely, Christopher Sarofim, Michael* |
| 14 | | *Dillard, and Gregory Pipkin* |
| 15 | Dated: December 5, 2025 | **SULLIVAN & CROMWELL LLP** |
| 16 | | By: */s/ Robert A. Sacks* |
| 17 | | Robert A. Sacks (SBN 150146) 1888 Century Park East |
| 18 | | Los Angeles, CA 90067 Telephone: (310) 712-6600 |
| 19 | | Facsimile: (310) 712-8800 Email: sacksr@sullcrom.com |
| 20 | | |
| 21 | | *Counsel for Defendants J.P. Morgan Securities LLC,* |
| 22 | | *Jefferies LLC, TD Securities (UUA) LLC, The Benchmark Company,* |
| 23 | | *LLC, Johnson Rice & Company, L.L.C., Pep Advisory LLC, Roth* |
| 24 | | *Capital Partners, LLC, and Tuohy Brothers Investment Research, Inc.* |
| 25 | | |
| 26 | Dated: December 5, 2025 | **RIGRODSKY LAW, P.A.** |
| 27 | | |
| 28 | | |

By: */s/ Gina M. Serra*
Gina M. Serra (SBN 361172)
1091 N. Palm Canyon Drive, Suite 9
Palm Springs, CA 92262
Telephone: (760) 406-8009
Email: gms@rl-legal.com

OF COUNSEL:

Vincent A. Licata
825 East Gate Boulevard, Suite 300
Garden City, NY 11530
Telephone: (516) 683-3516
Email: vl@rl-legal.com

# ATTESTATION

I hereby attest pursuant to L.R. 5-4.3.4(a)(2)(i) that all other signatories listed above, and on whose behalf the filing is submitted, concur in the content of this filing and have authorized this filing.

Dated: December 5, 2025          **LATHAM & WATKINS LLP**

By: /s/ *Kristin N. Murphy*
Kristin N. Murphy