Robert C. Moest, Of Counsel, SBN 62166
**THE BROWN LAW FIRM, P.C.**
2530 Wilshire Boulevard, Second Floor
Santa Monica, CA 90403
Telephone: (310) 915-6628
Facsimile: (310) 915-9897
Email: RMoest@aol.com

*Counsel for Plaintiff Udit Vora*

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

BRYCE KELLY, Derivatively on Behalf of Nominal Defendant SABLE OFFSHORE CORP.,

Plaintiff,

v.

JAMES C. FLORES, GREGORY D. PATRINELY, CHRISTOPHER SAROFIM, MICHAEL DILLARD, GREGORY PIPKIN, J.P. MORGAN SECURITIES LLC, JEFFERIES LLC, TD SECURITIES (USA) LLC, THE BENCHMARK COMPANY, LLC, JOHNSON RICE & COMPANY, L.L.C., PEP ADVISORY LLC, ROTH CAPITAL PARTNERS, LLC, and TUOHY BROTHERS INVESTMENT RESEARCH, INC.,

Defendants

and

SABLE OFFSHORE CORP.,

Nominal Defendant.

Case No. 2:25-cv-07848-SVW (PVCx)

The Hon. Stephen V. Wilson

**JOINT STIPULATION CONSOLIDATING RELATED SHAREHOLDER DERIVATIVE ACTIONS, APPOINTING CO-LEAD COUNSEL FOR PLAINTIFFS, AND STAYING THE CONSOLIDATED DERIVATIVE ACTION**

| | |
|---|---|
| UDIT VORA, derivatively on behalf of SABLE OFFSHORE CORP.,<br><br>Plaintiff,<br><br>v.<br><br>JAMES C. FLORES, GREGORY D. PATRINELY, MICHAEL DILLARD, GREGORY PIPKIN, and CHRISTOPHER SAROFIM,<br><br>Defendants,<br><br>and<br><br>SABLE OFFSHORE CORP.,<br><br>Nominal Defendant. | Case No.: 2:25-cv-11944-MCS-SK<br><br>The Hon. Mark C. Scarsi |

WHEREAS, on August 21, 2025, plaintiff Bryce Kelly filed a shareholder derivative action on behalf of nominal defendant Sable Offshore Corp. ("Sable" or the "Company") alleging causes of action for breach of fiduciary duties, the aiding and abetting thereof, unjust enrichment, waste of corporate assets, and under Section 11(f) of the Securities Act of 1933 (the "Securities Act") and Sections 10(b) and 21D of the Securities Exchange Act of 1934 (the "Exchange Act") against defendants James C. Flores ("Flores"), Gregory D. Patrinely ("Patrinely"), Christopher Sarofim, Michael Dillard, Gregory Pipkin (collectively, the "Individual Defendants"), J.P. Morgan Securities LLC, Jefferies LLC, TD Securities (USA) LLC, The Benchmark Company, LLC, Johnson & Rice Company, L.L.C., Pep Advisory LLC, Roth Capital Partners, LLC, and Tuohy Brothers Investment Research, Inc. (the "Underwriter Defendants," and together with the Individual Defendants and the Company, "Defendants"), captioned *Kelly v. Flores, et al.*, Case No. 2:25-cv-07848-SVW-PVC (the "*Kelly* Action");

WHEREAS, on December 17, 2025, plaintiff Udit Vora (together with plaintiff Bryce Kelly, "Plaintiffs") filed a shareholder derivative action on behalf of nominal defendant Sable against the Individual Defendants alleging causes of action for breach of fiduciary duties, unjust enrichment, abuse of control, gross mismanagement, waste of corporate assets, and under Sections 10(b) and 21D of the Exchange Act, captioned *Vora v. Flores, et al.*, Case No. 2:25-cv-11944-MCS-SK (the "*Vora* Action," and together with the *Kelly* Action, the "Related Derivative Actions");

WHEREAS, the Court stayed the *Kelly* Action on December 12, 2025 pending the outcome of "any and all motion(s) to dismiss" the related securities class action, *Johnson v. Sable Offshore Corp., et al.*, Case No. 2:25-cv-06869-SVW-PVC (C.D. Cal.) (*Kelly* Action, ECF No. 28) (the "Stay");

WHEREAS, the Plaintiffs and Defendants (the "Parties") acknowledge that the *Vora* Action does not name Underwriter Defendants in the complaint, but otherwise agree that the Related Derivative Actions challenge substantially similar alleged conduct and involve overlapping questions of law and fact, and that the administration of justice would best be served by consolidating the Related Derivative Actions;

WHEREAS, the Parties therefore respectfully submit that the Related Derivative Actions should be consolidated pursuant to Federal Rule of Civil Procedure 42(a);

WHEREAS, the Parties agree that the Stay in the *Kelly* Action should be temporarily lifted for the limited purpose of facilitating the consolidation of the Related Derivative Actions;

WHEREAS, in order to realize the efficiencies made possible by consolidation of the Related Derivative Actions, Plaintiffs agree that Rigrodsky Law, P.A. and The Brown Law Firm, P.C., the respective resumes of which are attached hereto as Exhibits A and B, shall be designated as Co-Lead Counsel representing plaintiffs in the consolidated derivative action; and

WHEREAS, Defendants take no position regarding appointment of Co-Lead Counsel for plaintiffs and reserve all rights and arguments that they may have, including, but not limited to, those relating to the forum, venue, or jurisdiction.

IT IS HEREBY STIPULATED AND AGREED among the Parties, and respectfully submitted for the Court's approval, to lift the Stay in the *Kelly* Action, to consolidate the Related Derivative Actions, appoint Co-Lead Counsel for plaintiffs, and reinstate the Stay to the newly consolidated action pursuant to the following terms:

1. The Stay in the *Kelly* Action is temporarily lifted for the limited purpose of filing and ruling by the Court on this Stipulation.

2. Defendants in the *Vora* Action accept service of the complaint in the *Vora* Action, without prejudice and without waiver of any of Defendants' defenses, objections, or arguments, except as to sufficiency of process. Underwriter Defendants do not consent to becoming a party in the *Vora* Action, and nothing in the forthcoming consolidation order shall be construed as Underwriter Defendants consenting to becoming a party in the *Vora* Action.

3. The Related Derivative Actions are hereby consolidated for all purposes, including pre-trial proceedings and trial, under Case No. 2:25-cv-07848-SVW-PVC (the "Consolidated Action"):

| **Case Name** | **Case Number** | **Date Filed** |
|---|---|---|
| *Kelly v. Flores, et al.* | 2:25-cv-07848-SVW-PVC | August 21, 2025 |
| *Vora v. Flores, et al.* | 2:25-cv-11944-MCS-SK | December 17, 2025 |

4. Every pleading filed in the Consolidated Action, or in any separate action included herein, must bear the following caption:

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE SABLE OFFSHORE CORP. DERIVATIVE LITIGATION | Case No. 2:25-cv-07848-SVW-PVC |
| | (Consolidated) |
| This Document Relates to: ALL ACTIONS | |

5. All papers filed in connection with the Consolidated Action will be maintained in one file under Case No. 2:25-cv-07848-SVW-PVC.

6. Co-Lead Counsel for plaintiffs in this Consolidated Action shall be:

**RIGRODSKY LAW, P.A.**
Gina M. Serra
1091 N. Palm Canyon Drive, Suite 9
Palm Springs, CA 92262
Telephone: (760) 406-8009
Email: gms@rl-legal.com

Vincent A. Licata
Leah B. Wihtelin
825 East Gate Boulevard, Suite 300
Garden City, NY 11530
Telephone: (516) 683-3516
Email: va@rl-legal.com
Email: lw@rl-legal.com

**THE BROWN LAW FIRM, P.C.**
Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

7. Co-Lead Counsel shall have the sole authority to speak for plaintiffs in all matters regarding pre-trial procedure, trial, and settlement negotiations and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

8. Co-Lead Counsel will be responsible for coordinating all activities and appearances on behalf of plaintiffs. No motion, request for discovery, or other pre-trial or trial proceedings will be initiated or filed by any plaintiffs except through Co-Lead Counsel.

9. Defendants may rely upon all agreements made with either of Co-Lead Counsel, or other duly authorized representatives of Co-Lead Counsel, and such agreements shall be binding on all plaintiffs.

10. This Order shall apply to each shareholder derivative action arising out of the same, or substantially the same, transactions or events as these cases, which are subsequently filed in, removed to, reassigned to, or transferred to this Court. When a shareholder derivative action that properly belongs as part of *In re Sable Offshore Corp. Derivative Litigation*, Case No. 2:25-cv-07848-SVW-PVC, is hereafter filed in the Court, removed to this Court, reassigned to this Court, or transferred here from another court, this Court requests the assistance of counsel in calling to the attention of the clerk of the Court the filing, removal, reassignment, or transfer of any case that might properly be consolidated as part of *In re Sable Offshore Corp. Derivative Litigation*, Case No. 2:25-cv-07848-SVW-PVC, and counsel are to assist in assuring that counsel in subsequent actions receive notice of this order. Unless otherwise ordered, the terms of all orders, rulings, and decisions in the Consolidated Action shall apply to all later related shareholder derivative actions involving Sable filed in this Court, and such shareholder derivative actions shall be consolidated into the Consolidated Action.

11. All proceedings in the Consolidated Action, including all deadlines, hearings, and conferences, will be stayed according to the terms of and during the pendency of the Stay in the *Kelly* Action (*Kelly* Action, ECF No. 28).

12. This stipulation is without waiver or prejudice to any and all claims, defenses, arguments, motions, or any requests for other relief that would otherwise be available to the Parties in the Related Derivative Actions.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: January 21, 2026

**THE BROWN LAW FIRM, P.C.**

By: /s/Robert C. Moest
Robert C. Moest, Of Counsel, SBN 62166
2530 Wilshire Boulevard, Second Floor
Santa Monica, CA 90403
Telephone: (310) 915-6628
Email: RMoest@aol.com

Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Email: tbrown@thebrownlawfirm.net

*Counsel for Plaintiff Vora and [Proposed] Co-Lead Counsel for Plaintiffs*

**RIGRODSKY LAW, P.A.**

/s/ /s/Gina M. Serra
Gina M. Serra
1091 N. Palm Canyon Drive,
Suite 9
Palm Springs, CA 92262
Telephone: (760) 406-8009
Email: gms@rl-legal.com

Vincent A. Licata
Leah B. Wihtelin
825 East Gate Boulevard, Suite 300
Garden City, NY 11530
Telephone: (516) 683-3516
Email: sdr@rl-legal.com
Email: va@rl-legal.com
Email: lw@rl-legal.com

*Counsel for Plaintiff Kelly and [Proposed] Co-Lead Counsel for Plaintiffs*

**GRABAR LAW OFFICE**
Joshua H. Grabar
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (267) 507-6085
Email: jgrabar@grabarlaw.com

*Additional Counsel for Plaintiff Kelly*

**LATHAM & WATKINS LLP**

/s/ Kristin N. Murphy
Colleen C. Smith (SBN 231216)
12670 High Bluff Drive
San Diego, CA 92130
Telephone: (858) 523-5400
Email: colleen.smith@lw.com

Kristin N. Murphy (SBN 268285)
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Telephone: (714) 540-1235
Email: kristin.murphy@lw.com

*Counsel for Nominal Defendant Sable Offshore Corp. and Defendants James C. Flores, Gregory D. Patrinely, Christopher Sarofim, Michael Dillard, and Gregory Pipkin*

**SULLIVAN & CROMWELL LLP**

/s/ Robert A. Sacks
Robert A. Sacks (SBN 150146)
1888 Century Park East
Los Angeles, CA 90067
Telephone: (310) 712-6600
Facsimile: (310) 712-8800
Email: sacksr@sullcrom.com

*Counsel for Defendants J.P. Morgan Securities LLC, Jefferies LLC, TD Securities (USA) LLC, The Benchmark Company, LLC, Johnson Rice & Company, L.L.C., Pep Advisory LLC, Roth Capital Partners, LLC, and Tuohy Brothers Investment Research, Inc.*