LATHAM & WATKINS LLP
Colleen C. Smith (SBN 231216)
*colleen.smith@lw.com*
12670 High Bluff Drive
San Diego, CA 92130
Telephone: (858) 523-5400

Kristin N. Murphy (SBN 268285)
*kristin.murphy@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Telephone: (714) 540-1235

*Counsel for Defendants James C. Flores, Gregory D. Patrinely, Christopher Sarofim, Michael Dillard, and Gregory Pipkin and Nominal Defendant Sable Offshore Corp.*

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRYCE KELLY, Derivatively on Behalf of Nominal Defendant SABLE OFFSHORE CORP.,<br><br>Plaintiff,<br><br>v.<br><br>JAMES C. FLORES, GREGORY D. PATRINELY, CHRISTOPHER SAROFIM, MICHAEL DILLARD, GREGORY PIPKIN, J.P. MORGAN SECURITIES LLC, JEFFERIES LLC, TD SECURITIES (USA) LLC, THE BENCHMARK COMPANY, LLC, JOHNSON RICE & COMPANY, L.L.C., PEP ADVISORY LLC, ROTH CAPITAL PARTNERS, LLC, and TUOHY BROTHERS INVESTMENT RESEARCH, INC., | Case No. 2:25-cv-07848-SVW (PVCx)<br><br>The Hon. Stephen V. Wilson<br><br>**JOINT NOTICE OF RELATED CASE** |

Defendants,

and

SABLE OFFSHORE CORP.,

Nominal Defendant.

[Additional Caption on Following Page]

| | |
|---|---|
| UDIT VORA, derivatively on behalf of SABLE OFFSHORE CORP.,<br><br>Plaintiff,<br><br>v.<br><br>JAMES C. FLORES, GREGORY D. PATRINELY, MICHAEL DILLARD, GREGORY PIPKIN, and CHRISTOPHER SAROFIM,<br><br>Defendants,<br><br>and<br><br>SABLE OFFSHORE CORP.,<br><br>Nominal Defendant. | Case No. 2:25-cv-11944-MCS-SK<br><br>The Hon. Mark C. Scarsi |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Pursuant to Local Rule 83-1.3.1 for the United States District Court for the Central District of California, defendants James C. Flores, Gregory D. Patrinely, Christopher Sarofim, Michael Dillard, Gregory Pipkin (collectively, the "Individual Defendants"), Nominal Defendant Sable Offshore Corp. ("Sable" or the "Company," and together with the Individual Defendants, "Defendants"), and plaintiffs Bryce Kelly and Udit Vora (collectively, "Plaintiffs") hereby submit this Notice of Related Case.

The parties submit that the following are related cases within the meaning of Local Rule 83-1.3: *Kelly v. Flores, et al.*, Case No. 2:25-cv-07848-SVW (PVCx) (C.D. Cal.) (the "*Kelly* Action") and *Vora v. Flores, et al.*, Case No. 2:25-cv-11944-MCS-SK (C.D. Cal.) (the "*Vora* Action," and with the *Kelly* Action, the "Related Cases").

The Related Cases are related for the following reasons:

*First*, both actions involve substantially similar parties. Plaintiffs seek to bring both actions derivatively on behalf of the Company. The Individual Defendants are named as defendants in both actions.

*Second*, both actions arise from the same or closely related issues and facts. The Related Cases both are premised on allegations that the Individual Defendants made and/or caused the Company to make allegedly false or misleading statements regarding the Company's business activities at the Santa Ynez Unit. *See Kelly* Action Compl. (Dkt. 1) ¶ 15; *Vora* Action Complaint (Dkt. 1) ¶ 20.

*Third*, in addition to being based on similar facts, the Related Cases assert substantially similar causes of action. Both Related Cases assert causes of action against the Individual Defendants for breach of fiduciary duties (*Kelly* Action Compl. ¶¶ 108-117; *Vora* Action Compl. ¶¶ 180-192), unjust enrichment (*Kelly* Action Compl. ¶¶ 124-128; *Vora* Action Compl. ¶¶ 193-197), waste of corporate assets (*Kelly* Action Compl. ¶¶ 129-33; *Vora* Action Compl. ¶¶ 207-211), and against Defendants Flores and Patrinely, contribution under Sections 10(b) and 21D of the Securities Exchange Act of 1934 (*Kelly* Action Compl. ¶¶ 134-141; *Vora* Action Compl. ¶¶ 212-216).

*Fourth*, the parties respectfully submit that due to the overlap in the Related Cases, there would be substantial duplication of labor if they are heard by different judges.[1]

[1] Separately, the parties filed a stipulation to consolidate the Related Cases. *Kelly* Action, Dkt. 29; *Vora* Action, Dkt. 10 (stricken by Dkt. 12).

Dated: February 5, 2026

Respectfully submitted,

**LATHAM & WATKINS LLP**

By: */s/ Colleen C. Smith*
Colleen C. Smith (SBN 231216)
12670 High Bluff Drive
San Diego, CA 92130
Telephone: (858) 523-5400
Email: colleen.smith@lw.com

Kristin N. Murphy (SBN 268285)
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Telephone: (714) 540-1235
Email: kristin.murphy@lw.com

*Counsel for Defendants James C. Flores, Gregory D. Patrinely, Christopher Sarofim, Michael Dillard, and Gregory Pipkin, and Nominal Defendant Sable Offshore Corp.*

**RIGRODSKY LAW, P.A.**

*/s/ Gina M. Serra*
Gina M. Serra
1091 N. Palm Canyon Drive,
Suite 9
Palm Springs, CA 92262
Telephone: (760) 406-8009
Email: gms@rl-legal.com

Vincent A. Licata
Leah B. Wihtelin
825 East Gate Boulevard, Suite 300
Garden City, NY 11530
Telephone: (516) 683-3516
Email: sdr@rl-legal.com
Email: va@rl-legal.com
Email: lw@rl-legal.com

*Counsel for Plaintiff Kelly*

**GRABAR LAW OFFICE**
Joshua H. Grabar
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (267) 507-6085
Email: jgrabar@grabarlaw.com

*Additional Counsel for Plaintiff Kelly*

**THE BROWN LAW FIRM, P.C.**

*/s/ Robert C. Moest*
Robert C. Moest, Of Counsel, SBN 62166
2530 Wilshire Boulevard, Second Floor
Santa Monica, CA 90403
Telephone: (310) 915-6628
Email: RMoest@aol.com

Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Email: tbrown@thebrownlawfirm.net

*Counsel for Plaintiff Vora*

**ATTESTATION**

Pursuant to C.D. Cal. Local Rule 5-4.3.4(a)(2)(i), I, Colleen C. Smith, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized such filing.

Dated: February 5, 2026

*<u>/s/ Colleen C. Smith</u>*
Colleen C. Smith