**DENIED**

**BY ORDER OF THE COURT**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRYCE KELLY, Derivatively on Behalf of Nominal Defendant SABLE OFFSHORE CORP.,<br><br>Plaintiff,<br><br>v.<br><br>JAMES C. FLORES, GREGORY D. PATRINELY, CHRISTOPHER SAROFIM, MICHAEL DILLARD, GREGORY PIPKIN, J.P. MORGAN SECURITIES LLC, JEFFERIES LLC, TD SECURITIES (USA) LLC, THE BENCHMARK COMPANY, LLC, JOHNSON RICE & COMPANY, L.L.C., PEP ADVISORY LLC, ROTH CAPITAL PARTNERS, LLC, and TUOHY BROTHERS INVESTMENT RESEARCH, INC.,<br><br>Defendants<br><br>and<br><br>SABLE OFFSHORE CORP.,<br><br>Nominal Defendant. | Case No. 2:25-cv-07848-SVW (PVCx)<br><br>The Hon. Stephen V. Wilson<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION CONSOLIDATING RELATED SHAREHOLDER DERIVATIVE ACTIONS, APPOINTING CO-LEAD COUNSEL FOR PLAINTIFFS, AND STAYING THE CONSOLIDATED DERIVATIVE ACTION** |

[Additional caption on following page]

| | |
|---|---|
| UDIT VORA, derivatively on behalf of SABLE OFFSHORE CORP.,<br><br>Plaintiff,<br><br>v.<br><br>JAMES C. FLORES, GREGORY D. PATRINELY, MICHAEL DILLARD, GREGORY PIPKIN, and CHRISTOPHER SAROFIM,<br><br>Defendants,<br><br>and<br><br>SABLE OFFSHORE CORP.,<br><br>Nominal Defendant. | Case No.: 2:25-cv-11944-MCS-SK<br><br>The Hon. Mark C. Scarsi |

Presently before the Court is the Parties' Joint Stipulation Consolidating Related Derivative Actions, Appointing Co-Lead Counsel for Plaintiffs, and Staying the Consolidated Derivative Action. Having considered the Stipulation and upon finding good cause, the Court hereby GRANTS the Stipulation.

THEREFORE, IT IS SO ORDERED, as follows:

1. The Stay in the *Kelly* Action is temporarily lifted for the limited purpose of filing and ruling by the Court on the Stipulation.

2. Defendants in the *Vora* Action accept service of the complaint in the *Vora* Action, without prejudice and without waiver of any of Defendants' defenses, objections, or arguments, except as to sufficiency of process. Underwriter Defendants do not consent to becoming a party in the *Vora* Action, and nothing in the forthcoming consolidation order shall be construed as Underwriter Defendants consenting to becoming a party in the *Vora* Action.

3. The Related Derivative Actions are hereby consolidated for all purposes, including pre-trial proceedings and trial, under Case No. 2:25-cv-07848-SVW-PVC (the "Consolidated Action"):

| **Case Name** | **Case Number** | **Date Filed** |
|---|---|---|
| *Kelly v. Flores, et al.* | 2:25-cv-07848-SVW-PVC | August 21, 2025 |
| *Vora v. Flores, et al.* | 2:25-cv-11944-MCS-SK | December 17, 2025 |

4. Every pleading filed in the Consolidated Action, or in any separate action included herein, must bear the following caption:

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE SABLE OFFSHORE CORP. DERIVATIVE LITIGATION | Case No. 2:25-cv-07848-SVW-PVC |
| | (Consolidated) |
| This Document Relates to: | |
| ALL ACTIONS | |

5. All papers filed in connection with the Consolidated Action will be maintained in one file under Case No. 2:25-cv-07848-SVW-PVC.

6. Co-Lead Counsel for plaintiffs in this Consolidated Action shall be:

**RIGRODSKY LAW, P.A.**
Gina M. Serra
1091 N. Palm Canyon Drive, Suite 9
Palm Springs, CA 92262
Telephone: (760) 406-8009
Email: gms@rl-legal.com

Vincent A. Licata
Leah B. Wihtelin
825 East Gate Boulevard, Suite 300
Garden City, NY 11530

Telephone: (516) 683-3516
Email: va@rl-legal.com
Email: lw@rl-legal.com

**THE BROWN LAW FIRM, P.C.**
Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

7. Co-Lead Counsel shall have the sole authority to speak for plaintiffs in all matters regarding pre-trial procedure, trial, and settlement negotiations and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

8. Co-Lead Counsel will be responsible for coordinating all activities and appearances on behalf of plaintiffs. No motion, request for discovery, or other pre-trial or trial proceedings will be initiated or filed by any plaintiffs except through Co-Lead Counsel.

9. Defendants may rely upon all agreements made with either of Co-Lead Counsel, or other duly authorized representatives of Co-Lead Counsel, and such agreements shall be binding on all plaintiffs.

10. This Order shall apply to each shareholder derivative action arising out of the same, or substantially the same, transactions or events as these cases, which are subsequently filed in, removed to, reassigned to, or transferred to this Court. When a shareholder derivative action that properly belongs as part of *In re Sable Offshore Corp. Derivative Litigation*, Case No. 2:25-cv-07848-SVW-PVC, is hereafter filed in the Court, removed to this Court, reassigned to this Court, or transferred here from another court, this Court requests the assistance of counsel in calling to the attention of the clerk of the Court the filing, removal, reassignment, or transfer of any case that might properly be

consolidated as part of *In re Sable Offshore Corp. Derivative Litigation*, Case No. 2:25-cv-07848-SVW-PVC, and counsel are to assist in assuring that counsel in subsequent actions receive notice of this order. Unless otherwise ordered, the terms of all orders, rulings, and decisions in the Consolidated Action shall apply to all later related shareholder derivative actions involving Sable filed in this Court, and such shareholder derivative actions shall be consolidated into the Consolidated Action.

11. All proceedings in the Consolidated Action, including all deadlines, hearings, and conferences, will be stayed according to the terms of and during the pendency of the Stay in the *Kelly* Action (*Kelly* Action, ECF No. 28).

12. This Order is without waiver or prejudice to any and all claims, defenses, arguments, motions, or any requests for other relief that would otherwise be available to the Parties in the Related Derivative Actions.

**IT IS SO ORDERED.**

DENIED

DATED: February 12, 2026

BY ORDER OF THE COURT

HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE